Annie T. McCune, appellee, v. Sovereign Camp Woodmen of the World, appellant. Gen. No. 25,874.

Suit by beneficiary on a beneficiary certificate in defendant society. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Philip J. Maguire, for appellant; De E. Bradshaw, Omaha, Neb., of counsel. Edmund S. Cummings, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Vaclav Budilovsky, administrator of the estate of Marie Budilovsky, deceased, appellee, v. Anton Linhart and Joseph Linhart, trading as Anton Linhart & Son, appellants. Gen. No. 25,892.

Suit by an administrator against the owners of an automobile as common carriers for negligence, resulting in the death of deceased while a passenger. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed May 3, 1921.

Bassler, Bippus & Rose, for appellants. Otto Kerner, for appellee; James S. Wight, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Mamie Smith, plaintiff in error. Gen. No. 26,237.

Prosecution for a misdemeanor. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed May 3, 1921.

S. B. Turner, for plaintiff in error. Maclay Hoyne, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Lieberman, plaintiff in error. Gen. No. 36,350.

Information for having in possession a revolver, without a permit. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed May 3, 1921.

Andalman, Kostner & Arvey, for plaintiff in error; Maxwell N. Andalman, of counsel. Robert E. Cr and Edward E. Wilson, for defendant in error.